IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL HILT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: ) 4:13-cv-00198-BAE-GRS |
| J&J MAINTENANCE, INC., d/b/a J&J WORLDWIDE SERVICES, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The above-styled case is presently before the Court on the parties' Joint Motion for Stay of Proceedings. After careful consideration and for good cause shown, the motion is **GRANTED**. Proceedings are **STAYED** up to and including January 17, 2014 and, to the extent the parties execute a settlement agreement, the stay will be continued until such a time as the Court has ruled on the parties' joint motion for an order approving the settlement.

IT IS SO ORDERED, this _19th_ day of _December_, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA